UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ALLIED MARITIME INC.,

               Plaintiff,

   - against -

SAMSUN LOGIX CORPORATION,

               Defendant.
------------------------------------------------------X

08 CV
ECF CASE



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

               NONE.

Dated: April 16, 2008
       New York, NY

               The Plaintiff,
               ALLIED MARITIME INC.

               By: _____
               Claurisse Campanale-Orozco (CO 3581)
               Thomas L. Tisdale (TT 5263)
               TISDALE LAW OFFICES, LLC
               11 West 42nd Street, Suite 900
               New York, NY 10036
               (212) 354-0025 – phone
               (212) 869-0067 – fax
               corozco@tisdale-law.com
               ttisdale@tisdale-law.com