NOURSE & BOWLES, LLP
Attorneys for Defendant
SAMSUN LOGIX CORPORATION
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALLIED MARITIME, INC.,

                Plaintiff,

            -against-

SAMSUN LOGIX CORPORATION,

                Defendant.
-------------------------------------------------------------X

08 Civ. 3656 (TPG)

**FRCP 7.1 STATEMENT**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for defendant Samsun Logix Corporation certifies that neither it nor any parent, subsidiary nor affiliate has shares that are publicly traded in the United States.

Dated: New York, New York
         May 29, 2008

                                    NOURSE & BOWLES, LLP
                                    Attorneys for Defendant

                          By: _____
                                  John R. Vayda (JV-0339)
                                  One Exchange Plaza
                                  At 55 Broadway
                                  New York, New York 10006
                                  (212) 952-6200