NOURSE & BOWLES, LLP
Attorneys for Defendant
SAMSUN LOGIX CORPORATION
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ALLIED MARITIME, INC.,

          Plaintiff,

    - against -

SAMSUN LOGIX CORPORATION,

          Defendant.

----------------------------------------------------------X

*[Handwritten: Motion Withdrawn. So ordered. [signature] U.S.D.J. 6/11/08 Part I]*

08 CIV. 3656 (TPG)

**NOTICE OF MOTION** *(struck through)*

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6/11/08]*

PLEASE TAKE NOTICE that Defendant will move this Court on June 18, 2008 at 10:30 a.m. at 500 Pearl Street in courtroom 26B for an order in accordance with the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty and Maritime Claims Rule E(7): (1) that Plaintiff promptly provide cash security of $546,850.00 to secure Defendant's counterclaims in the amount of $546,850.00, failing which Plaintiff's attachment of Defendant's property be vacated and its suit dismissed and (2) for any other and further relief which may be just and equitable.

By Stipulation and Agreement of counsel, Answering papers, if any, are due on June 9, 2008 and Reply papers, if any, are due on June 16, 2008.

No prior request for this relief has been made.

Dated: New York, New York
      May 29, 2008

                    NOURSE & BOWLES, LLP
                    Attorneys for Defendant
                    SAMSUNLOGIX CORPORATION

                    By: _____
                       John P. Vayda (JV-0339)
                       One Exchange Plaza
                       At 55 Broadway
                       New York, NY 10006-3030
                       (212) 952-6200

TO:   Tisdale Law Offices, LLC
       Attorneys for Plaintiff
       11 West 42nd Street, Suite 900
       New York, NY 10036
       (212) 354-0025