GRIESA, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
ALLIED MARITIME INC.,

              Plaintiff,

        - against -

SAMSUN LOGIX CORPORATION,

              Defendant.
------------------------------------------------X

08 Civ. 3656 (TPG)

EFC CASE

**STIPULATION AND ORDER DIRECTING RELEASE OF ATTACHED FUNDS**

## STIPULATION AND ORDER DIRECTING RELEASE OF ATTACHED FUNDS

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Allied Maritime Inc., ("Plaintiff") and Defendant, SAMSUN LOGIX CORPORATION, ("Defendant") as follows:

WHEREAS, on or about April 16, 2008 this action was commenced by Plaintiff against Defendant; and

WHEREAS, on or about April 18, 2008 the Court issued an ex parte order of maritime attachment that authorized the restraint of Defendant's funds within the District in an amount up to $880,182.43, and

WHEREAS, garnishee bank Deutsche Bank has attached Defendant's property within the District in the amount of $880,182.43 (the "Attached Funds") pursuant to the ex parte order of maritime attachment; and

WHEREAS, on or about May 28, 2008, Plaintiff has reduced its claim by $160,777.43 to $719,405.00; and

WHEREAS, Plaintiff and Defendant have agreed that the Attached Funds in the amount of $719,405.00 should be released from attachment at Deutsche Bank and transferred into an interest bearing escrow account pursuant to joint instructions to be provided to Deutsche Bank by the undersigned attorneys for Plaintiff and the undersigned attorneys for Defendant; and

WHEREAS, Plaintiff and Defendant have agreed that the Attached Funds in the amount of $160,777.43 should be released from attachment at Deutsche Bank and transferred to Defendant pursuant to joint instructions to be provided to Deutsche Bank by the undersigned attorneys for Plaintiff and the undersigned attorneys for Defendant;

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff and Defendant, through their respective undersigned counsel, that Deutsche Bank, together with any other garnishee that may be holding Defendant's property pursuant to the Court's ex parte order of maritime attachment, shall release those funds pursuant to joint written instructions to be provided by the undersigned attorneys for the Plaintiff and the undersigned attorneys for the Defendant in order that (1) $160,777.43 may be returned to Defendant and (2) the balance of

the Attached Funds, $719,405.00, may be deposited into an interest bearing escrow account.

Dated: May 30, 2008
       New York, New York

The Plaintiff,
ALLIED MARITIME INC.

By: _____
Claurisse Campanale Orozco (CO 3581)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES, LLC
11 West 42nd, Suite 900
New York, NY 10036
(212) 354-0025
(212) 869-0067 fax
corozco@tisdale-law.com
ttisdale@tisdale-law.com

- AND -

The Defendant,
SAMSUN LOGIX CORPORATION

By: _____
John P. Vayda (JV 0339)
NOURSE & BOWLES, LLP
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200
(212) 952-0345 fax

So Ordered:
_____
U.S.D.J.

6/11/08