GRIESA, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ALLIED MARITIME INC.,

                Plaintiff,                08 Civ. 3656 (TPG)

             - against -              EFC CASE

SAMSUN LOGIX CORPORATION,

                Defendant.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

### STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED between the parties, by their undersigned attorneys, that:

1. Upon endorsement of this Stipulated Order, this court's Ex Parte Order of maritime attachment and garnishment is hereby vacated,

2. Upon endorsement of this Stipulated Order, any and all garnishees holding property belonging to the Defendant named in this action shall immediately cease and desist from restraining any property belonging to the Defendant pursuant to this court's Ex Parte Order for maritime attachment and garnishment dated April 18, 2008, and

3. Upon endorsement of this Stipulated Order, any and all garnishees holding property belonging to the Defendant named in this action shall immediately release from attachment property belonging to the Defendant restrained pursuant to this court's Ex Parte Order for maritime attachment and garnishment dated April 18, 2008,

4. That this action is hereby dismissed with prejudice and without costs to any party.

Dated: August 12, 2008
New York, New York

                The Plaintiff,
                ALLIED MARITIME INC.,

By: *[signature]*
Claurisse Campanale Orozco (CC3581)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES, LLC
11 West 42nd, Suite 900
New York, NY 10036
(212) 354-0025
(212) 869-0067 fax
corozco@tisdale-law.com
ttisdale@tisdale-law.com

- AND -

The Defendant,
SAMSUN LOGIX CORPORATION

By: *[signature]*
The Defendant,
John P. Vayda (JV 0339)
NOURSE & BOWLES, LLP
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200
(212) 952-0345 fax
jvayda@nb-ny.com

SO ORDERED:
*[signature]*
Honorable Thomas P. Griesa, U.S.D.J.

8/13/08